UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EMMANUEL AZZOPARDI**,<br>**BRIKARMIS HOLDING CORPORATION**<br>**(f/k/a 1176256 Alberta Ltd.)**,<br>**RON MACKIE**,<br>**GREG BURGHARDT**,<br>**BURGHARDT PROPERTIES LTD.**,<br>**PAUL BURDETT**,<br>**BOOTS ENTERPRISES INC.**,<br>**WYNN PAYNE**, and<br>**1398517 ALBERTA LTD.**,<br><br>     Plaintiffs,<br><br>-vs-<br><br>**BRENT BORLAND**,<br>**CANYON ACQUISITIONS, LLC**,<br>**ESTANCIA CAPITAL ADVISORS, LTD.**,<br>**ALANA MARIE LATORRA-BORLAND**,<br>**BEVERLY ANN MARIE LATORRA**,<br>**NICOLE ANN LATORRA**,<br><br>     Defendants. | Case No.  9:18-cv-80861-DMM |

### NOTICE OF SETTLEMENT
### PURSUANT TO S.D. Fla. L.R. 16.4.

Plaintiffs, Emmanuel Azzopardi, Brikarmis Holding Corporation (f/k/a 1176256 Alberta Ltd.), Ron Mackie, Greg Burghardt, Burghardt Properties Ltd., Paul Burdett, Boots Enterprises Inc., Wynn Payne, and 1398517 Alberta Ltd. (hereinafter collectively referred to as "Plaintiffs"), together with all Defendants, Brent Borland, Canyon Acquisitions, LLC, Estancia Capital Advisors, Ltd., Alana Marie Latorra-Borland, Beverly Ann Marie Latorra and Nicole Ann Latorra (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel,

pursuant to S.D. Fla. L.R. 16.4., hereby notify the Court that the parties have reached an agreement to settle the entire case.

**WOODS, WEIDENMILLER, MICHETTI & RUDNICK, LLP**

By: s/ Gregory N. Woods
  Gregory N. Woods
  Florida Bar No. 175500
  Rachel A. Kerlek
  Florida Bar No. 55725
  9045 Strada Stell Court, Suite 400
  Naples, FL 34109
  (239) 325-4070- Telephone
  (239) 325-4080- Facsimile
  gwoods@lawfirmnaples.com
  rkerlek@lawfirmnaples.com
  mdipalma@lawfirmnaples.com
  service@lawfirmnaples.com

**DAWDA, MANN, MULCAHY & SADLER, PLC**

By: */s/ Alfredo Casab*
  Alfredo Casab
  Michigan Bar No. P53699
  *Admitted Pro Hac Vice*
  39533 Woodward Avenue, Suite 200
  Bloomfield Hills, MI 48304
  (248) 642-3700 – Telephone
  (248) 642-7791 – Facsimile
  acasab@dawdamann.com
  Attorney for Plaintiffs

**MESA & PEPIN, LLC**

By: */s/ Jeffrey C. Pepin*
  Jeffrey C. Pepin
  Florida Bar No. 416304
  6650 W. Indiantown Road, Suite 200-54
  Jupiter, FL 33458
  (561) 801-0060 – Telephone
  (561) 459-4597– Facsimile
  jpepin@mesapepinlaw.com
  Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed with the Clerk of Court via the CM/ECF System, on this 2nd day of April, 2019, which will send notification to the following counsel of record:

Jeffrey C. Pepin, Esq.
Mesa & Pepin, LLC
6650 W. Indiantown Road, Ste. 200-54
Jupiter, FL 33458
E-mail: jpepin@mesapepinlaw.com
*Counsel for Defendant*

Earl R. Johnson, Esq.
*Admitted Pro Hac Vice*
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Ave., Ste. 200
Bloomfield Hills, MI 48304
Office: (248) 642-3700
Email: EJohnson@dawdamann.com

Alfred Casab, Esq.
*Admitted Pro Hac Vice*
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Ave., Ste. 200
Bloomfield Hills, MI 48304
Office: (248) 642-3700
Email: acasab@dmms.com

**WOODS, WEIDENMILLER, MICHETTI & RUDNICK, LLP**
By: s/ Gregory N. Woods
Gregory N. Woods
Florida Bar No. 175500
Rachel A. Kerlek
Florida Bar No. 55725
9045 Strada Stell Court, Suite 400
Naples, FL 34109
(239) 325-4070 – Telephone
(239) 325-4080 – Facsimile
gwoods@lawfirmnaples.com
rkerlek@lawfirmnaples.com
mdipalma@lawfirmnaples.com
service@lawfirmnaples.com