UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

---

| | |
|---|---|
| EMMANUEL AZZOPARDI, <br> BRIKARMIS HOLDING CORPORATION <br> (f/k/a 1176256 Alberta Ltd.), <br> RON MACKIE, <br> GREG BURGHARDT, <br> BURGHARDT PROPERTIES LTD., <br> PAUL BURDETT, <br> BOOTS ENTERPRISES INC., <br> WYNN PAYNE, and <br> 1398517 ALBERTA LTD., <br><br>      Plaintiffs, <br><br> -vs- <br><br> BRENT BORLAND, <br> CANYON ACQUISITIONS, LLC, <br> ESTANCIA CAPITAL ADVISORS, LTD., <br> ALANA MARIE LATORRA-BORLAND, <br> BEVERLY ANN MARIE LATORRA, <br> NICOLE ANN LATORRA, <br><br>      Defendants. | Case No.  9:18-cv-80861-DMM |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Emmanuel Azzopardi, Brikarmis Holding Corporation (f/k/a 1176256 Alberta Ltd.), Ron Mackie, Greg Burghardt, Burghardt Properties Ltd., Paul Burdett, Boots Enterprises Inc., Wynn Payne, and 1398517 Alberta Ltd., and Defendants, Brent Borland, Canyon Acquistiions, LLC, Estancia Capital Advisors, Ltd., Alana Marie Latorra-Borland, Beverly Ann Marie Latorra and Nicole Ann Latorra, by and through their undersigned counsel and pursuant to Rule 1.420(a)(1), Fla.R.Civ.P., jointly stipulate to an order of dismissal of this action without

2

prejudice.  Pursuant to the agreement between the parties, each party shall be responsible for its own attorney's fees and costs.

Dated this 24th day of April 2019.

**WOODS, WEIDENMILLER, MICHETTI & RUDNICK, LLP**

By: s/ Gregory N. Woods
Gregory N. Woods
Florida Bar No. 175500
9045 Strada Stell Court, Suite 400
Naples, Florida 34109
(239) 325-4070
gwoods@lawfirmnaples.com
*Attorney for Plaintiffs*

**MESA & PEPIN, LLC**

By: s/ Jeffrey C. Pepin
Jeffrey C. Pepin
Florida Bar No. 416304
6650 W. Indiantown Road, Suite 200-54
Jupiter, FL 33458
(561) 801-0060
jpepin@mesapepinlaw.com
*Attorney for Defendants*

**DAWDA, MANN, MULCAHY & SADLER, PLC**

By: s/ Alfredo Casab
Alfredo Casab
Michigan Bar No. P53699
*Admitted Pro Hac Vice*
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248) 642-3700 – Telephone
(248) 642-7791 – Facsimile
acasab@dawdamann.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed with the Clerk of Court via the CM/ECF System, on this 24th day of April, 2019, which will send notification to the following counsel of record:

Jeffrey C. Pepin,
Esq.
Mesa & Pepin,
LLC
6650 W. Indiantown Road, Ste. 200-54
Jupiter, FL 33458
E-mail: jpepin@mesapepinlaw.com
*Counsel for Defendant*

Earl R. Johnson, Esq.
*Admitted Pro Hac Vice*
Dawda, Mann, Mulcahy & Sadler,
PLC 39533 Woodward Ave., Ste.
200 Bloomfield Hills, MI 48304
Office: (248) 642-3700
Email: EJohnson@dawdamann.com

Alfred Casab, Esq.
*Admitted Pro Hac Vice*
Dawda, Mann, Mulcahy & Sadler,
PLC 39533 Woodward Ave., Ste.
200 Bloomfield Hills, MI 48304
Office: (248) 642-3700
Email: acasab@dmms.com

**WOODS, WEIDENMILLER, MICHETTI & RUDNICK, LLP**

By: s/ Gregory N. Woods
Gregory N. Woods
Florida Bar No. 175500
Rachel A. Kerlek
Florida Bar No. 55725
9045 Strada Stell Court, Suite 400
Naples, FL 34109
(239) 325-4070 – Telephone
(239) 325-4080 – Facsimile
gwoods@lawfirmnaples.com
rkerlek@lawfirmnaples.com
mdipalma@lawfirmnaples.com
service@lawfirmnaples.com