UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80861-Civ-Brannon

EMMANUEL AZZOPARDI, et al.,

    Plaintiffs,

vs.

BRENT BORLAND, et al.,

    Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon a Joint Stipulation for Dismissal Without Prejudice [DE 40], according to which the parties agree to the dismissal of this case in its entirety, without prejudice, with each party to bear its own respective attorney's fees and costs.  The Stipulation is signed by counsel for all parties.  Thus, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court

**ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorney's fees.  The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 24th day of April, 2019.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE